B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Keith R Nelson
      Katherine G Nelson                 Case No. _____

                         Debtor(s)      Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

     $ _____68.50_____ Check one    ■ With the filing of the petition, or
                                          ☐ On or before _____

     $ _____68.50_____ on or before _____

     $ _____68.50_____ on or before _____

     $ _____68.50_____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   June 26, 2008             Signature   /s/ Keith R Nelson _____
                                           Keith R Nelson

/s/ JEFFRY A. DAHLBERG                   Debtor
Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111              Signature   /s/ Katherine G Nelson _____
(815) 877-2593                                 Katherine G Nelson
Fax: (815) 877-7965                            Joint Debtor
www.balsleylawoffice.com

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy